LAW OFFICES OF

WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

DOUGLAS S. SAELTZER (State Bar #173088)
dsaeltzer@walkuplawoffice.com
CHRISTIAN R. JAGUSCH (State Bar #306753)
cjagusch@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
S.A.A.S.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| S.A.A.S., by and through her Guardian ad Litem, Jose Jesus Acevedo Saavedra,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE UNITED STATES OF AMERICA, COMMUNITY MEDICAL CENTER, ERNEST RIOS ALMENDAREZ, M.D., and DOES ONE TO TWENTY-FIVE, inclusive,<br><br>                    Defendants. | Case No. 2:18-cv-01566-MCE-DB<br><br>**PETITION AND ORDER TO APPOINT JOSE JESUS ACEVEDO SAAVEDRA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.A.A.S; DECLARATION OF JOSE JESUS ACEVEDO SAAVEDRA IN SUPPORT [FED. R. CIV. PRO. 17(c); CCP §§ 372, 373** |

    1.    Petitioner, Jose Jesus Acevedo Saavedra, is the biological father of S.A.A.S, a minor child, born December 6, 2016.

    2.    Petitioner Jose Jesus Acevedo Saavedra has been appointed as the Guardian ad Litem for S.A.A.S in the Superior Court of California, County of San Francisco, Case No. CGC-18-564288 (Acevedo-Sevilla v. Dignity Health, et al.)

    3.    Plaintiff S.A.A.S has a cause of action against the above-named defendants upon which an action is pending in this Court.

///

1     4.     The causes of action stem from the untimely death of her mother, Dulce

2 Sevilla-Ramos, who passed away on February 11, 2016.

3     5.     Jose Jesus Acevedo Saavedra resides with S.A.A.S at 5517 Dana

4 Avenue, Stockton, CA 95215.

5     6.     Plaintiff has no guardian of her estate.

6     7.     On the following page is a Declaration and Consent of Jose Jesus

7 Acevedo Saavedra, confirming his intent and capacity to serve as Plaintiff S.A.A.S's

8 Guardian ad Litem.

9     8.     WHEREFORE, Petitioner respectfully moves this Court for an order

10 appointing Jose Jesus Acevedo Saavedra as the Guardian ad Litem for S.A.A.S in

11 this action.

12     Respectfully Submitted,

13  Dated: June    , 2018       WALKUP, MELODIA, KELLY & SCHOENBERGER

14

15

16                /s/ *Christian R. Jagusch*

               CHRISTIAN R. JAGUSCH

17                Attorney for S.A.A.S, a minor

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

PETITION AND [PROPOSED] ORDER TO APPOINT JOSE JESUS ACEVEDO SAAVEDRA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.A.A.S; DECLARATION OF JOSE JESUS ACEVEDO SAAVEDRA IN SUPPORT

## DECLARATION AND CONSENT TO NOMINATION OF
## JOSE JESUS ACEVEDO SAAVEDRA

I, Jose Jesus Acevedo Saavedra, Declare as follows:

1.      I currently reside at 5517 Dana Avenue, Stockton, CA 95215.

2.      I am the biological father of minor Plaintiff S.A.A.S and I reside with her.

3.      I am competent and willing to serve as the Guardian ad litem for the minor Plaintiff.  I understand the responsibilities involved and will protect the rights of the minor plaintiff.  I have no interest adverse to the Plaintiff.

4.      I accept the nomination as outlined in this Petition.

I declare under penalty perjury under the laws of the United States  that the foregoing is true and correct. Executed this ___ day of June, 2018, at Stockton, California.


_____
Jose Jesus Acevedo Saavedra

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

PETITION AND [PROPOSED] ORDER TO APPOINT JOSE JESUS ACEVEDO SAAVEDRA AS GUARDIAN AD LITEM FOR
MINOR PLAINTIFF S.A.A.S; DECLARATION OF JOSE JESUS ACEVEDO SAAVEDRA IN SUPPORT

## ORDER GRANTING PETITION

The Petition for an Order appointing Jose Jesus Acevedo Saavedra as Guardian ad Litem of minor plaintiff S.A.A.S is hereby GRANTED.

IT IS SO ORDERED.

Dated:  June 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

PETITION AND [PROPOSED] ORDER TO APPOINT JOSE JESUS ACEVEDO SAAVEDRA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.A.A.S; DECLARATION OF JOSE JESUS ACEVEDO SAAVEDRA IN SUPPORT