LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

DOUGLAS S. SAELTZER (State Bar #173088)
dsaeltzer@walkuplawoffice.com
CHRISTIAN R. JAGUSCH (State Bar #306753)
cjagusch@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
S.A.A.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| S.A.A.S., by and through her Guardian ad Litem, Jose Jesus Acevedo Saavedra,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, COMMUNITY MEDICAL CENTER, ERNEST RIOS ALMENDAREZ, M.D., and DOES ONE TO TWENTY-FIVE, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01566-MCE-DB<br><br>**ORDER APPROVING MINOR'S SETTLEMENT**<br><br>Judge: Hon. Morrison C. England Jr.<br>Date:   May 14, 2020<br>Time:  2:00 p.m.<br>Courtroom: 7 |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1  As set forth in Plaintiff's Unopposed Motion to Approve Minor's Settlement
2 (ECF No. 17), on February 26, 2010 San Francisco Superior Court Judge John K.
3 Stewart approved the global settlement reached between the parties, and further
4 approved disposition of the settlement proceeds in their entirety (including the
5 $75,000 contribution made on behalf of the United States of America).  See Decl. of
6 Christian Jagusch, ECF No. 17-2, Ex. F.  Given those approvals, Plaintiff's present
7 Motion (ECF No. 17) is GRANTED; and that the settlement between Plaintiff and
8 the United State of America in the amount of $75,000 is hereby approved.

9  This matter having now been concluded in its entirety, the Clerk of Court is
10 directed to close the file.

11  IT IS SO ORDERED.

13  DATED: May 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
ORDER APPROVING SETTLEMENT - CASE NO. 2:18-cv-01566-MCE-DB

**PROOF OF SERVICE**
S.A.A.S. v. USA
Case No. 2:18-cv-01566-MCE-DB

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place. My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as:

**[PROPOSED] ORDER APPROVING SETTLEMENT**

to:

| | |
|---|---|
| Joseph B. Frueh, Esq.<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Attorney for Defendant<br>United States of America<br>(916) 554-2700<br>Fax: (916) 554-2900<br>Joseph.Frueh@usdoj.gov |
| Barry C. Marsh, Esq.<br>Scott Kanter, Esq.<br>Hinshaw, Marsh, Still & Hinshaw<br>12901 Saratoga Avenue<br>Saratoga, CA 95070 | Attorneys for Defendant Soliman Atai, MD<br>Phone: (408) 861-6500<br>bmarsh@hinshaw-law.com |
| James M. Nelson, Esq.<br>Marla N. Stayduhar, Esq.<br>Donnelly, Nelson, Depolo, Murray & Efremsky<br>201 North Civic Drive, Suite 239<br>Walnut Creek, CA 94596 | Attorney for Defendant Richard Buys, MD<br>Phone: (925) 287-8181<br>Fax: (925) 287-8188<br>jnelson@dndmlawyers.com |
| Steven R. Enochian, Esq.<br>Christina M. Locher, Esq.<br>Low, McKinley, Balleria & Salenko LLP<br>2300 Contra Costa Blvd., Suite 310<br>Pleasant Hill, CA 94523 | Attorney for Defendants Dignity Health and Dignity Health dba St. Joseph's Medical Center Stockton<br>Phone: (925) 627-3500<br>Fax: (925) 482-3384<br>senochian@lmblaw.net<br>clocher@lmblaw.net |
| Joseph S. Picchi, Esq.<br>Patricia A. Timm, Esq.<br>Galloway, Lucchese, Everson & Picchi<br>2300 Contra Costa Blvd., Suite 350<br>Pleasant Hill, CA 94523-2398 | Attorneys for Defendant Jacob McDowell, MD<br>Phone: (925) 930-9090<br>Fax: (925) 930-9035<br>ptimm@glattys.com |
| Lawrence S. Giardina, Esq.<br>Schuering, Zimmerman & Doyle LLP<br>400 University Avenue<br>Sacramento, CA 95825 | Attorneys for Defendant David Anthony Adams, MD<br>Phone: (916) 567-0400<br>lsg@szs.com |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1
ORDER APPROVING SETTLEMENT - CASE NO. 2:18-cv-01566-MCE-DB

**ONLY BY ELECTRONIC TRANSMISSION:** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided on March 12, 2020 that, during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 25, 2020, at San Francisco, California.

*Stacey Clarke*
Stacey A. Clarke

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

ORDER APPROVING SETTLEMENT - CASE NO. 2:18-cv-01566-MCE-DB